IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEREMY CHAVIS,

      Petitioner,

  v.

                                 Civil Action 2:05-CV-595
                                 Judge Marbley
                                 Magistrate Judge King

SAMUELS, Warden FCI,
MANCHESTER, KY, *et al.*,
      Respondents.

## ORDER

On January 5, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.** The Clerk shall enter **FINAL JUDGMENT.**

                              *s/Algenon L. Marbley*
                                Algenon L. Marbley
                     United States District Judge